# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL WEBSTER CRUM, JR., | Case No.: 1:16-cv-01630-EPG |
| Plaintiff, | ORDER OF DISMISSAL |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

Based on the stipulation between the parties (ECF No. 12), the above captioned matter is DISMISSED WITH PREJUDICE. The Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated: **May 23, 2017**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

-1-